```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **DESEAN WOOTEN, et al.,**  )<br>    Plaintiffs,       )<br>                        )<br>       v.               )<br>                        )<br>**BRUCE GELB, et al.,**     )<br>    Defendants.        )<br>                        )<br>                        ) | Civil Action No.<br>22-cv-11491-NMG |

**ORDER**

**GORTON, J.**

   <u>Pro se</u> litigant Desean Wooten ("Wooten"), a prisoner confined at Bridgewater State Hospital, has filed what appears to be three different complaints. (Dkt. No. 1). While the words on the papers are legible for the most part, their meaning is not. The allegations are not cohesive, and the claims are impossible to discern. There is no apparent connection between the persons possibly identified as defendants and the allegations of misconduct.

   Accordingly, the Court will dismiss this matter without prejudice. If Wooten would like to bring a civil action, he must file a complaint that complies with the Federal Rules of Civil Procedure. The title of the complaint "must name all of the parties." Fed. R. Civ. P. 10(a). The body of the complaint must contain "a short and plain statement of the claim showing

the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). This means that a complaint must clearly identify the alleged misconduct of each defendant, and that the allegations, treated as true, show that the defendant is liable to the plaintiff. The factual allegations and legal claims must be set forth "in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b). A complaint must also include "a demand for the relief sought." Fed. R. Civ. P. 8(a)(3).

Further, there is a fee for commencing a civil action. The fee for filing a non-habeas civil action consists of a $52 administrative fee and a $350 statutory fee. Although a court may allow a prisoner to proceed without prepayment of the filing fee, a prisoner must pay the $350 statutory filing fee over time, regardless of the outcome of the case. See 28 U.S.C. § 1915(b). Wooten should not commence a non-habeas civil action in this Court unless he is willing to assume this financial obligation.

Accordingly, the Court orders that this matter be DISMISSED without prejudice. No filing fee is assessed in this case.

**So ordered.**

                                         /s/ Nathaniel M. Gorton
                                         Nathaniel M. Gorton
                                         United States District Judge

Dated: April 28, 2023